

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00477-CV

**IN THE INTEREST OF S.D.H., L.D.H., AND C.D.H.**, Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-16721
Honorable Nadine Melissa Nieto, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are assessed against appellant Mark-Daniel Houghton.

It is so **ORDERED** on October 30, 2024.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk